**CR 15-504**

BWB:TMH
F.#2015R01452

**BRODIE, J.**

**GO, M.J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DWAYNE ANTHONY MYERS,
    also known as "Tywan Leon Hall,"

    Defendant.

- - - - - - - - - - - - - - X

INDICTMENT

Cr. No. _____
(T. 8, U.S.C., § 1326(a); T. 18,
U.S.C., §§ 982(a)(6)(A)(ii)(I),
982(a)(6)(A)(ii)(II), 1028A(a)(1),
1028A(b), 1028A(c)(7), 1542 and
3551 et seq.; T. 21, U.S.C.,
§ 853(p))

THE GRAND JURY CHARGES:

COUNT ONE
(Illegal Re-entry)

1.  On or about April 14, 2015, within the Eastern District of New York and elsewhere, the defendant DWAYNE ANTHONY MYERS, also known as "Tywan Leon Hall," an alien who had previously been deported and removed from the United States, entered the United States without the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a); Title 18, United States Code, Sections 3551 et seq.)

FILED
CLERK
2015 OCT -7 PM 3:46
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

## COUNT TWO
(Use of a Passport Secured By False Statements)

2. On or about April 14, 2015, within the Eastern District of New York, the defendant DWAYNE ANTHONY MYERS, also known as "Tywan Leon Hall," did willfully and knowingly use and attempt to use a passport, the issuance of which was secured by reason of one or more false statements, to wit: the use of a false name, false date of birth and false Social Security number.

(Title 18, United States Code, Sections 1542 and 3551 et seq.)

## COUNT THREE
(Aggravated Identity Theft)

3. On or about April 14, 2015, within the Eastern District of New York, the defendant DWAYNE ANTHONY MYERS, also known as "Tywan Leon Hall," during and in relation to the crime charged in Count Two, did knowingly and intentionally possess and use, without lawful authority, means of identification of another person, to wit: John Doe, an individual whose identity is known to the Grand Jury, knowing that the means of identification belonged to another person.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028A(c)(7) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT TWO

4. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count Two, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 982(a)(6)(A)(ii)(I) and 982(a)(6)(A)(ii)(II), which require any person convicted of such offense to forfeit any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such offense, or any property, real or personal, that is used to facilitate, or is intended to be used to facilitate, the commission of such offense.

5. If any forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(6)(A)(ii)(I) and 982(a)(6)(A)(ii)(II); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

4

F. #2015R01452

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

DWAYNE ANTHONY MYERS,
also known as "Tywan Leon Hall,"

Defendant.

# INDICTMENT

( T. 8, U.S.C., § 1326(a); T. 18, U.S.C., §§ 982(a)(6)(A)(ii)(I),
982(a)(6)(A)(ii)(II), 1028A(a)(1), 1028A(b), 1028A(c)(7), 1542 and
3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

*Bail, $* _____

_____

*Tanya Hajjar, Assistant U.S. Attorney (718) 254-6109*