TRULINCS 24374055 - MYERS, DWAYNE A - Unit: BRO-I-B

---------------------------------------------------------------------------------------------------------

FROM: 24374055
TO:
SUBJECT: ... Discovery Request ....
DATE: 12/06/2015 06:34:57 PM

Dwayne Myers
24374055
MDC Brooklyn
80 29th Street
Brooklyn, NY 11207

Honorable Judge Margo K. Brodie       Re: United States v. Dwayne Myers
United States District Court             Case: 15-CR-504  MKB-1
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*FILED*
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 10 2015 ★
BROOKLYN OFFICE

Dear Hon.. Judge Brodie
Greetings,

Please take note: that this defendant was arraigned on a complaint before Magistrate Judge Roanne L. Mann on September 14, 2015. It has been over 21 days since arraignment and this defendant did not receive any discovery material in regards to the above criminal matter. On October 16, 2015 I was arraigned on the initial indictment and a plea of NOT GUILTY on all counts was entered by this defendant. During the proceedings the Government has stated that discovery and a plea agreement will be disclosed to defendant within the next two weeks. An order of excludable delay was entered on record.
On October 30, 2015 the Government filed a letter providing discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedures as to defendant Dwayne Myers.
Notably: Until this very day this defendant has not received any discovery material pursuant to the above criminal matter.

Therefore, I am respectfully requesting that the Honorable Court order the government or defense Court appointed attorney to provide this defendant with discovery material as well as the prior and current plea agreement from government. Additionally, I have had no communication with CJA court appointed attorney Mr. Len Kamdang ESQ. Both myself and my loved ones have left numerous voice messages for Mr. Kamdang, and he has yet to respond to any message. This is a clear violation of my 6th Amendment right to counsel.

Thank you for your time and consideration in these regards Your Honor.

Respectfully Submitted,

Dwayne Myers

CC: AUSA Tanya Hajjar
CC: Len H. Kamdang ESQ

Dwayne Myers
24374055
MDC Brooklyn
80 29th Street
Brooklyn, NY- 11232

LEGAL MAIL

NEW YORK 100
08 DEC DEC 2015 PM 9

Honorable Judge
Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. - 11201

SWSN LEGAL MAIL

MEDAL OF HONOR
ARMY/FOREVER/USA

11201183299

**METROPOLITAN DETENTION CENTER**
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.

