UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

UNITED STATES OF AMERICA,

                  v.

DWAYNE ANTHONY MYERS, also known as
"Tywan Leon Hall,"

                       Defendant.

-------------------------------------------------------------

**ORDER**
15-CR-504 (MKB)

MARGO K. BRODIE, United States District Judge:

On October 7, 2015, a grand jury returned an indictment against Defendant Dwayne

Anthony Myers, charging him with (1) illegal re-entry, (2) use of a passport secured by false

statements and (3) aggravated identity theft.  On November 2, 2015, and again on November 10,

2015, Defendant filed substantially similar letters styled as motions for writs of habeas corpus.

(Mots. for Writ of Habeas Corpus, Docket Entry Nos. 15, 16.)  Although styled as motions for

writs of habeas corpus, Defendant appears to challenge the authority of the Attorney General to

bring criminal charges against him and the authority of the Court to adjudicate this matter.

Defendant also seeks dismissal of the indictment.  For the reasons explained on the record at a

status conference held on November 19, 2015, the Court denied Defendant's motions.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED:

_____s/ MKB_____

MARGO K. BRODIE
United States District Judge

Dated: December 30, 2015
      Brooklyn, New York