**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

David E. Patton
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

July 20, 2016

The Honorable Margo Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

<u>Re: United States v. Dwayne Myers (15-CR-504)</u>

Dear Judge Brodie,

     I write to update the Court regarding the status of Mr. Myers's immigration case. I spoke to his immigration attorney who informs me that his appeal is fully submitted and that they are now waiting for a decision, which could come at any date. Although they requested a date for oral argument, she believes that it is unlikely that they will be granted a date in this case.

                             Sincerely,

                             /S/Len H. Kamdang_____
                             Len H. Kamdang
                             Counsel to Dwayne Myers
                             Federal Defenders of New York, Inc.
                             One Pierrepont Plaza, 16th Floor
                             Brooklyn, NY 11201
                             (718) 407-7414

Copies to:

Chambers of the Margo Brodie (by hand)

Tanya Hajjar, Assistant United States Attorney (via first class mail)